Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: MRobles@shookandstone.com

Attorneys for Plaintiff Justin Timm

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN TIMM, | Case No.: 2:25-cv-01487-MDC |
| Plaintiff, | STIPULATION TO EXTEND TIME OF TIME TO FILE PLAINTIFF'S BRIEF AND [PROPOSED] ORDER |
| vs. | (FIRST REQUEST) |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

In light of the recent lapse in appropriations, Plaintiff Justin Timm and Frank Bisignano, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this Court's approval, to extend the time for Plaintiff to file his brief to January 8, 2026 with all other deadlines as per the Supplemental Rules for

-1-

1 | Social Security Actions under 42 U.S.C. § 405(g) of the Federal Rules of Civil
2 | Procedure extended accordingly. This is Plaintiff's first request for an extension.
3 | This request is made at the request of Plaintiff's counsel to allow additional time to
4 | fully research the issues presented in the 2,665-page administrative record.
5 | DATE: November 14, 2025   Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Marc V. Kalagian*
BY: _____
Marc V. Kalagian
Attorney for plaintiff Justin Timm

DATE: November 14, 2025            SIGAL CHATTAH
                                   United States Attorney

/s/ *Angela Thornton-Millard*
BY: _____

Angela Thornton-Millard
Special Assistant United States Attorney
|*authorized by e-mail|

**ORDER**

IT IS SO ORDERED:

_____
HON. MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE

Dated: November 19, 2025