SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
CHRISTOPHER VIEIRA (CA Bar No. 273781)
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 510-970-4808
Email: christopher.vieira@ssa.gov


Attorneys for Defendant


UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA


| | |
|---|---|
| JUSTIN ALAN TIMM,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. 2:25-cv-01487-MDC<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision.  The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: January 26, 2026                    Respectfully submitted,

*/s/ Marc V. Kalagian*
MARC V. KALAGIAN
(*as authorized via email on Jan. 26, 2026)
Attorney for Plaintiff

SIGAL CHATTAH
First Assistant United States Attorney

I certify that Artificial Intelligence was not used to prepare the foregoing document.

By: s/ *Christopher Vieira*
CHRISTOPHER VIEIRA
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
Attorneys for Defendant

**ORDER**
IT IS SO ORDERED:

_____
HON. MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE

DATED: January 27, 2026 _____